NICHOLAS M. WOOLDRIDGE
Nevada State Bar No.: 8732
WOOLDRIDGE LAW LTD.
400 SOUTH 7TH STREET, SUITE 400
LAS VEGAS, NV 89101
TELEPHONE: (702) 623-6362
FACSIMILE: (702) 359-8494
EMAIL: NICHOLAS@WOOLDRIDGELAWLV.COM

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN CONE<br><br>Defendant. | Case No. 2:23-CR-00143-RFB-BNW<br><br>**MOTION FOR LEAVE TO FILE EXHIBIT TO DEFENDANT CONE'S SENTENCING MEMORANDUM UNDER SEAL** |

Mr. Shawn Cone by and through his attorney of record, NICHOLAS WOOLDRIDGE, ESQ., and moves this Honorable Court for an Order allowing him to file his Exhibits to his Sentencing Memorandum under seal pursuant to LR 10-5 and Rule 49.1(d) of the Federal Rules of Criminal Procedure.

**DATED** this 7th day of May, 2024.

/s/ Nicholas Woodridge

Nicholas M. Wooldridge, Esq.
Wooldridge Law Ltd.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
nicholas@wooldridgelawlv.com
(702) 330-4645 Tel.
(702) 359-8494 Fax.

## PROCEDURAL HISTORY

Mr. Cone seeks to seal the attached Exhibit to his Sentencing Memorandum to protect his personal medical documentation. Mr. Cone submits the attached exhibits are necessary to be submitted under seal and are not submitted under seal for any improper purpose *See*, *Cardenas-Ornelas v. Baker, et. al.,* 3:17-cv-00461-MMD-CBC (citing *Demaree v. Pederson*, 887 F.3d 870, 884 (9th Cir. 2018) (*quoting Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)) (pleadings should not be a vehicle for improper purposes).

//

//

//

## CONCLUSION

Because sealing the exhibit in support of the Sentencing Memorandum will protect Mr. Cone's protected medical information, this Court should grant an Order permitting him to file the attached Exhibit to the Sentencing Memorandum under seal.

**DATED** this 7th day of May, 2024.

/s/ Nicholas Woodridge

Nicholas M. Wooldridge, Esq.
Wooldridge Law Ltd.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
nicholas@wooldridgelawlv.com
(702) 330-4645 Tel.
(702) 359-8494 Fax.

IT IS SO ORDERED:


_____
UNITED STATES DISTRICT JUDGE

DATED: _____May 13, 2024_____

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2024, I served a copy of the foregoing **Motion for Leave to File Defendant Cone's Exhibits to the Sentencing Memorandum Under Seal** by U.S. District Court CM/ECF Electronic Filing, to:

Jacob.operskalski@usdoj.gov

*/s/ Melody Phommaly*
An employee of Wooldridge Law

21

22
23
24
25
26
27
28