NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:23-cr-00143-RFB-BNW |
| Plaintiff, | : | |
| v. | : | **FIRST STIPULATION TO CONTINUE SENTENCING** |
| SHAWN CONE, | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Jason Frierson, United States Attorney, and Jacob Operskalski, Assistant United States Attorney, counsel for the United States of America (hereinafter "the Government"), and Nicholas Wooldridge, Esq., Wooldridge Law Ltd., counsel for Defendant Shawn Cone ("the Defendant") (collectively, "the Parties"), that the sentencing hearing currently scheduled for May 17, 2024 at the hour of 11:30 a.m., be vacated and set to a date and time convenient to this Court no sooner than 30 days.

//

//

//

1

The Stipulation is entered into for the following reasons:

1. The Defendant is not in custody and does not oppose the continuance.

2. The continuance is not sought for purposes of delay but due to Defendant's flight to Las Vegas being canceled due to inclement weather.

3. This is the Defendant's first request for continuance and the Government does not oppose this request for continuance.

This is the First Stipulation to continue filed herein.

DATED: May 16, 2024

| WOOLDRIDGE LAW, LTD. | JASON FRIERSON |
| --- | --- |
| | United States Attorney |
| By /s/ Nicholas M. Wooldridge | By /s/ Jacob Operskalski |
| NICHOLAS M. WOOLDRIDGE | JACOB OPERSKALSKI |
| Counsel for Shawn Cone | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:23-cr-00143-RFB-BNW |
| Plaintiff, | : | |
| v. | : | |
| SHAWN CONE | : | **ORDER** |
| Defendant. | : | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant does not object to the continuance.

2. The parties agree to the continuance.

3. The continuance requested herein is not sought for purposes of delay, but due to Defendant's flight to Las Vegas being canceled due to inclement weather.

4. This is the Parties' first stipulation to continue the sentencing hearing.

**IT IS ORDERED** that the hearing for Defendant's sentencing hearing, currently scheduled for May 17, 2024 at the hour of 11:30 a.m., be vacated and continued to June 14, 2024 at 8:00 a.m.

Dated this the 16th day of May, 2024.

_____
UNITES STATES DISTRICT JUDGE