NICHOLAS M. WOOLDRIDGE
Nevada State Bar No.: 8732
WOOLDRIDGE LAW LTD.
400 SOUTH 7TH STREET, SUITE 400
LAS VEGAS, NV 89101
TELEPHONE: (702) 623-6362
FACSIMILE: (702) 359-8494
EMAIL: NICHOLAS@WOOLDRIDGELAWLV.COM

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00143-RFB-BNW |
| Plaintiff, | |
| vs. | **Sentencing Hearing 8/28/2024 3:45pm** |
| SHAWN CONE | |
| Defendant. | |

**LETTER IN AID OF SENTENCING**

Attached as Exhibit A is a letter in aid of sentencing.

**DATED** this 28th day of August, 2024.

/s/ Nicholas Woodridge

Nicholas M. Wooldridge, Esq.
Wooldridge Law Ltd.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
nicholas@wooldridgelawlv.com
(702) 330-4645Tel.
(702) 359-8494 Fax.

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2024, I served a copy of the foregoing **Letter in aid of Sentencing** by U.S. District Court CM/ECF Electronic Filing, to:

Jacob.operskalski@usdoj.gov

*/s/ Melody Phommaly*
An employee of Wooldridge Law