# EXHIBIT A

# EXHIBIT A



August 28, 2024

To Whom It May Concern:

I have been asked by Shawn Cone's attorney to address his level of risk of re-offense and a previously unknown incident of making threats.

In addition to the report dated 7.30.2024, I have been asked to inform the court as to the risk level Mr. Cone presents for re-offense. Given his physical pain and lack of treatment at the time of the offense as well as his change in circumstances since the offense, I believe that Mr. Cone is at low risk for re-offense if he follows the treatment recommendations outlined in the report on page 16.

I was also recently made aware of an incident in June 2023 where Mr. Cone threatened a Chaplain on Facebook. This causes me concern, but I am still convinced that with proper treatment and possible monitoring Mr. Cone poses little risk of re- offending.

Sincerely,

Gabriel Cline, Ph.D.
Licensed Psychologist
Missouri License #2010006114
National Register Health Service Psychologist #55968
PSYPACT Certifications Mobility Number #4984
    Authority to Practice Interjurisdictional Telepsychology (APIT)
    E. Passport issued 07/31/2020
    Temporary Authorization to Practice (TAP)
    Interjurisdictional Practice Certificate (IPC) issued 9/24/2021