Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Shawn Cone

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Shawn Cone,<br><br>   Defendant. | Case No. 2:23-cr-00143-RFB-BNW<br><br>**Unopposed Motion for Order Authorizing Mr. Cone to Apply for a Passport** |

A nonprofit philanthropic organization called Miracle Hope Foundation[1] has committed funding to Mr. Cone for him to travel to CPI Stem Cell Institute in Tijuana, Mexico and receive treatment for post-herpetic neuralgia. A video of him accepting the award may be viewed online.[2] According to Mr. Cone's probation officer (Senior U.S. Probation Officer Craig Feiser, Western District of Missouri), the Court already has granted permission to Mr. Cone to travel to Mexico. However, in his experience, the U.S. Department of State will require Mr. Cone to possess an order from this Court authorizing him to apply for a passport. Accordingly, Mr.

---

[1] https://miraclehopefoundation.org/

[2] https://www.facebook.com/reel/793961233403537

1  Cone respectfully requests that the Court issue the attached proposed order
2  authorizing him to apply for a passport.
3      Neither U.S. Probation nor the U.S. Attorney's Office opposes this request.
4      Dated December 16, 2025.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick Mula*
Rick Mula
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Shawn Cone,<br><br>        Defendant. | Case No. 2:23-cr-00143-RFB-BNW<br><br>**[Proposed] Order** |

Good cause appearing, the Court grants Mr. Cone's motion for Order Authorizing Mr. Cone to Apply for a Passport.

IT IS THEREFORE ORDERED that Mr. Cone has the permission of this Court to apply for a United States passport.

_____
United States Magistrate Judge

Dated: December 17, 2025

3